UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT DEAN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-18-B-S |
| | ) Criminal No. 02-61-B-S |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 12) filed August 12, 2005, the Recommended Decision is affirmed.

Accordingly, it is ORDERED that Lewis' 28 U.S.C. § 2255 motion (Docket No. 7) is SUMMARILY DISMISSED.

/s/ George Z. Singal
Chief United States District Judge

Dated this 31st day of August, 2005.